## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:11 mj 07

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **BRIAN REECE EDWARDS.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a motion filed by the government entitled "Motion to Dismiss-Complaint" (#15) filed in the above referenced matter as to this defendant only. It appearing to the undersigned that good cause has been shown for the granting of said motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the government's motion entitled "Motion to Dismiss-Complaint" (#15) is hereby **GRANTED** without prejudice. The Clerk is directed to certify copies of this Order to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

Signed: August 31, 2011

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge